IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KENNETH JAMES, : No. 3:23-CV-1862
        Petitioner :
: (Judge Munley)
v. :
:
CRAIG LOWE, :
        Respondent :

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Kenneth James' petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED** without prejudice.

2. James' motion (Doc. 2) for appointment of counsel is **DISMISSED** as moot in light of paragraph 1 above.

3. The Clerk of Court is directed to CLOSE this case.

Date: 4/26/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court